RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Dalmolin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALBERT DALMOLIN,<br><br>                Defendant. | Case No.: 2:10-cr-0619-PMP-GWF<br><br>**UNOPPOSED MOTION TO EXTEND SURRENDER DATE**<br>(Expedited Request) |

      COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for ALBERT DALMOLIN, and respectfully requests an extension to Mr. Dalmolin's surrender dated of thirty (30) days. This request is made based on the following reasons:

      1.      On December 5, 2011, this court sentenced Mr. Dalmolin. Defendant was Ordered to self-surrender by noon on February 6, 2012. *See* Judgment (#30).

      2.      Counsel for Mr. Dalmolin contacted the U.S. Marshal's office to enquire as to where he had been designated so that he could make travel arrangements. The U.S. Marshals informed us that they require more time to submit the paperwork to the Bureau of Prison.

      3.      Neither the Government or Pre-trial Services has any opposition. Mr. Dalmolin has continue to remain compliant post-sentencing.

      DATED this the 23rd day of January, 2012.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                              By: */s/ Raquel Lazo*
                                                  RAQUEL LAZO,
                                                  Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT DALMOLIN,<br><br>Defendant. | Case No.: 2:10-cr-0619-PMP-GWF<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that Defendant Albert Dalmolin has until noon on March 12, 2012, to self-surrender to his designated Bureau of Prison's Facility.

DATE 24th day of January, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE