RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Dalmolin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT DALMOLIN,<br><br>Defendant. | Case No.: 2:10-cr-0619-PMP-GWF<br><br>**UNOPPOSED MOTION TO EXTEND SURRENDER DATE**<br>(Expedited Request)<br>(Second Request) |

COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for ALBERT DALMOLIN, and respectfully requests an extension to Mr. Dalmolin's surrender date of sixty (60) days. This request is made based on the following reasons:

1. On December 5, 2011, this court sentenced Mr. Dalmolin. Defendant was Ordered to self-surrender by noon on February 6, 2012. *See* Judgment (#30).

2. On January 23, 2012, counsel filed an Unopposed Motion to Extend Surrender Date as the U.S. Marshals required more time to submit the paperwork to the Bureau of Prisons. (#32) The court granted the motion and ordered the defendant to self-surrender by noon on March 12, 2012 (#33).

2. Counsel for Mr. Dalmolin contacted the U.S. Marshal's office today to enquire as to where Mr. Dalmolin had been designated so that he could make travel arrangements. The U.S. Marshals informed us that the Bureau of Prisons had not yet designated him, due to the fact that he has medical issues that they need to take into consideration when designating.

1

3. The Government has no opposition. Mr. Dalmolin has continued to remain compliant post-sentencing.

DATED this the 28th day of February, 2012.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
    RAQUEL LAZO,
    Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT DALMOLIN,<br><br>Defendant. | Case No.: 2:10-cr-0619-PMP-GWF<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that Defendant Albert Dalmolin has until noon on May 12, 2012, to self-surrender to his designated Bureau of Prison's Facility.

DATE 29th day of February, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

3