RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Dalmolin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-0619-PMP-GWF |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO EXTEND SURRENDER DATE** |
| ALBERT DALMOLIN, | (Expedited Request) <br> (Third Request) |
| Defendant. | |

COMES NOW, Raquel Lazo, Assistant Federal Public Defender, counsel for ALBERT DALMOLIN, and respectfully requests an extension to Mr. Dalmolin's surrender date of fourteen (14) days after May 17, 2012. This request is made based on the following reasons:

1. Mr. Dalmolin was just recently designated by the Bureau of Prisions to his facility.

2. On April 9, 2012, Mr. Dalmolin was diagnosed with having squamous cell skin cancer. His physician has recommended a surgical procedure. He has been scheduled for the procedure on May 17, 2012. (See Leter from Dr. Olmedo attached hereto as Exhibit A.)

3. The government does not oppose the two week continuance request.

DATED this the 25th day of April, 2012.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO,
Assistant Federal Public Defender

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT DALMOLIN,<br><br>　　　　　Defendant. | Case No.: 2:10-cr-0619-PMP-GWF<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that Defendant Albert Dalmolin has until noon on Thursday, May 31, 2012, to self-surrender to his designated Bureau of Prison's Facility.

DATE _ 25th day of April, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE